IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HOWARD DAVID REINERT,**

    **Plaintiff,**

    v.                                  No. CIV-14-0381 LAM

**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration,**

    **Defendant.**

## ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on Plaintiff's *Stipulated Motion for Award of Attorney Fees & Costs Under the Equal Access to Justice Act (EAJA) (Doc. 29)* in the amounts of $2,594.40 for attorney fees and $419.44 in costs, filed on October 5, 2015. Having considered the motion, the record in this case, and relevant law, the Court **FINDS** that Plaintiff's motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Stipulated Motion for Award of Attorney Fees & Costs Under the Equal Access to Justice Act (EAJA) (Doc. 29)* is **GRANTED**, and Plaintiff is authorized to receive **$2594.40** in attorney fees and **$419.44** in costs for payment to Plaintiff's attorney for services before this Court, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that, if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's attorney shall refund the

smaller award to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596 n.4 (2010) (explaining that, if a claimant's counsel is ultimately granted attorney fees under § 406(b) out of the claimant's benefit award, the claimant's attorney must refund to the claimant the amount of the smaller fee).

  **IT IS SO ORDERED**.

*[signature: Lourdes A. Martínez]*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**